1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Section
5  ROBERT I. LESTER (Cal. Bar No. 116429)
6  Assistant United States Attorney
        Federal Building, Suite 7516
7       300 North Los Angeles Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2464
9       Facsimile:  (213) 894-7819
        E-Mail: robert.lester@usdoj.gov
10

11 Attorneys for Defendants

12              UNITED STATES DISTRICT COURT

13       FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15

16 MICHAEL BITTON and MERAV          NO.  CV 17-7617-SJO (PLAx)
   BUSKILA EDERI,
17
             Plaintiffs,            [PROPOSED]
18
        v.                          **JUDGMENT IN FAVOR OF**
19                                  **DEFENDANTS**

20 UNITED STATES CITIZENSHIP AND
   IMMIGRATION SERVICES (USCIS),
21 EXECUTIVE OFFICE FOR
   IMMIGRATION REVIEW (EOIR), AND
22 BOARD OF IMMIGRATION APPEALS
   (BIA),
23
             Defendants.
24

25

26

27

28

JS-6

FILED
CLERK, U.S. DISTRICT COURT

November 2, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

1      Pursuant to the Orders filed on October 19, 2018 (Dkt. 33), and ~~xxxxxxxxxxxxx~~,

2 ~~2018 (Dkt. xxx)~~, IT IS ORDERED and ADJUDGED that:

3     1. Judgment be entered in favor of Defendants as to all claims, and against

4       Plaintiffs, dismissing the action with prejudice.

5     2. Each side shall bear their own attorney's fees and costs.

6     3. The Clerk of Court shall close this case.

7 DATED: _____Nov. 2_____, 2018.

                                                     *S. James Otero*

8                            UNITED STATES DISTRICT JUDGE

1